**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**

In Re:   Joshua R. Anzaldo                     )   CASE No. 24-41524
         Misty L. Anzaldo                      )
                                   Debtors   )

## MOTION TO EXTEND TIME TO COMPLY WITH ORDER TO SHOW CAUSE

**COME NOW** Debtors, Joshua and Misty Anzaldo, by and through Counsel, and moves this Court for an extension of time to comply with the Order to Show Cause, Document No. 25, and in support thereof states as follows:

1. On October 23, 2024, Debtors filed for Chapter 13 Petition for relief.

2. Debtors have scheduled an appointment with Counsel to execute the remaining schedules.

3. Debtor requests an additional 14 (fourteen) days to file the remaining Schedules, Chapter 13 Plan, and a Verification thereof.

**WHEREFORE**, Debtor respectfully moved the Court for an order allowing an extension of fourteen (14) days to comply with the Court's Order to Shows (Doc. #8 and #9), thereby allowing the compliance on or before November 20, 2024, and for such further relief this Court deems equitable and proper.

Dated: November 6, 2024                Respectfully submitted,
                                       WM Law

                                       /s/ Ryan A. Blay
                                       Ryan A. Blay, MO #KS001066; KS #28110
                                       15095 W. 116th St.
                                       Olathe, KS 66062
                                       Phone (913) 422-0909 / Fax (913) 428-8549
                                       blay@wagonergroup.com
                                       ATTORNEY FOR DEBTOR(S)

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of this pleading was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, on Wednesday, November 06, 2024.

/s/ Ryan A. Blay

1