**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

In Re:   Joshua R. Anzaldo                )   CASE No. 24-41524
　　　　 Misty L. Anzaldo                 )
　　　　　　　　　　　　Debtors   )

**SECOND MOTION TO EXTEND TIME TO COMPLY WITH ORDER TO
SHOW CAUSE**

　　**COME NOW** Debtors, Joshua and Misty Anzaldo, by and through Counsel, and moves this Court for an extension of time to comply with the Order to Show Cause, Document No. 25, and in support thereof states as follows:

1. On October 23, 2024, Debtors filed for Chapter 13 Petition for relief.

2. Debtors have provided the majority of the information required to complete the remaining schedules but are still working on completing their tax returns.

3. Debtor requests an additional 30 (thirty) days to file the remaining Schedules, Chapter 13 Plan, and a Verification thereof.

　　**WHEREFORE**, Debtor respectfully moved the Court for an order allowing an extension of thirty (30) days to comply with the Court's Order to Shows (Doc. #8 and #9), thereby allowing the compliance on or before December 20, 2024, and for such further relief this Court deems equitable and proper.

Dated: November 20, 2024　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　WM Law

　　　　　　　　　　　　　　　／s/ Ryan A. Blay
　　　　　　　　　　　　　　　Ryan A. Blay, MO #KS001066; KS #28110
　　　　　　　　　　　　　　　15095 W. 116th St.
　　　　　　　　　　　　　　　Olathe, KS 66062
　　　　　　　　　　　　　　　Phone (913) 422-0909 / Fax (913) 428-8549
　　　　　　　　　　　　　　　blay@wagonergroup.com
　　　　　　　　　　　　　　　ATTORNEY FOR DEBTOR(S)

**CERTIFICATE OF SERVICE**

　　I, the undersigned, hereby certify that a true and correct copy of this pleading was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, on Wednesday, November 20, 2024.

1

/s/ Ryan A. Blay

2