**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In Re: | Joshua Anzaldo | ) | Case No. 24-41524 |
| | Misty Anzaldo | ) | |
| | | Debtors ) | |

**REQUEST FOR ATTORNEY FEES DUE TO CASE DISMISSING PRE-CONFIRMATION
PURSUANT TO §503(b)**

**COMES NOW** the undersigned Counsel with WM Law for the above-captioned Debtors, and pursuant to 11 U.S.C. §503(b) hereby requests the allowance of attorney fees.  In support thereof, Counsel states that:

1.      On or about October 22, 2024, Debtors retained and entered into an Engagement Agreement (the "Agreement") with Counsel to file and represent the Debtors in the above-captioned Chapter 13 Case filed on October 23, 2024.

2.      Pursuant to the Agreement, Debtors' Counsel was paid $0.00 prior to the Petition filing, and thereafter paid $5,000.00 through the Plan for legal services in representing the Debtors in this matter. Counsel has performed services and incurred expenses with respect to this matter, the reasonable value of such is at least the sum or $5,000.00

3.      Debtors' Chapter 13 Case Filing Fee has been paid in full.

4.      Debtors' Chapter 13 Plan has not been confirmed.

5.      On February 7, 2024, Debtors' Case was dismissed for failing to appear at the 341 meeting of creditors.

6.      Debtor's Counsel has determined from information obtained from the National Data Center that the Trustee is presently in possession of undistributed funds in the approximate amount of **$5,423.10 in on-Hand funds (the "Funds").**

7.      Debtor's Counsel requests the Chapter 13 Trustee **disburse $5,000.00** of the remaining Funds to Counsel, less any Chapter 13 Trustee Fees.

8.      The Debtors' Counsel has met with the Debtors several times before and after the filing of this case in person as well as telephonically and via electronic mail. The Debtors' Counsel spent more than 3 months trying to get the proposed plan confirmed but was unable to get the necessary documents and information from Debtors.

9.      The Chapter 13 Trustee is entitled to a fee in the handling of this case and counsel is entitled to the requested fee.

**WHEREFORE**, the Debtor's counsel requests an Order of this Honorable Court directing the Chapter 13 Trustee to **disburse $5,000.00 [less the trustee's fees, if any]** to Debtors' Counsel, pursuant

1

to 11 U.S.C. §503(b), and for other such relief as this Court finds just and equitable.

Dated: February 14, 2025           Respectfully submitted,
                                   WM Law


                                   /s/ Ryan A. Blay
                                   Ryan A. Blay, MO #KS001066; KS #28110
                                   15095 W. 116th St.
                                   Olathe, KS 66062
                                   Phone (913) 422-0909 / Fax (913) 428-8549
                                   blay@wagonergroup.com
                                   ATTORNEY FOR DEBTOR(S)


## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon all creditors and other parties list below via US First Class Mail, postage prepaid, on Friday, February 14, 2025.


                                   /s/ Ryan A. Blay
                                   Counsel for Debtor(s)

2