**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

IN RE:

|  |  |  |
|---|---|---|
| | ) | |
| **JOSHUA R. ANZALDO** | ) | |
| **AND** | ) | |
| **MISTY LYNN ANZALDO** | ) | |
| | ) | |
| DEBTOR(S) | ) | **CASE NO. 24-41524-can-13** |

**TRUSTEE'S RESPONSE TO APPLICATION FOR COMPENSATION
PURSUANT TO §503(b)**

COMES NOW Richard V. Fink, the Standing Chapter 13 Trustee, and files this response to the Application for Compensation Pursuant to §503(b) filed on February 14, 2025 as ECF document 44, and in support thereof, provides:

1. Debtors' case was dismissed prior to confirmation on February 7, 2025.

2. Debtors' counsel requests that the trustee disburse $5,000.00 for pre-confirmation attorney's fees and indicates that the balance on hand is $5,423.10.

3. The trustee had a balance on hand of $2,648.10 available to disburse at the time of dismissal.

4. Pursuant to Local Rule 2016-1(F)(2)(a) only funds received prior to dismissal that would otherwise be refunded to the debtor are available for payment of attorney fees in dismissed cases.

5. The current balance on hand represents funds received after the dismissal of the case. A payment in the amount of $3,000.00 posted post-dismissal on February 10, 2025.

6. The trustee does not have $5,000.00 available to disburse towards pre-confirmation attorney fees and has $2,648.10 to disburse towards the requested fees.

BASED on the foregoing, the Trustee prays that the Application for Compensation Pursuant to §503(b) be set for hearing.

Respectfully submitted,

/s/ Richard V. Fink, Trustee
2345 Grand Blvd., #1200

Kansas City, MO 64108
(816)842-1031 Telephone

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States first class mail and a certificate of service will be filed thereafter:

Debtors
Wagoner Bankruptcy Group, attorney for debtor(s) (206)